IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR V. TORRES, | No. 4:20-CV-2352 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PAULA PRICE, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of December 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 36) to dismiss for lack of prosecution is **GRANTED**.

2. Plaintiff Hector V. Torres' remaining Section 1983 claims against defendants Traci Parkes and Fawn Baldaulf are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge